UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

  VS              CASE NO.  3:06cr122LAC

JAMES DURGENS, III and
JOHN MICHAEL TAYLOR

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   July 10, 2007
Motion/Pleadings:  MOTION TO UNSEAL CASE
Filed by  GOVERNMENT      on   7/10/2007      Doc.# 87

RESPONSES:
(Deft Durgens has no objection and Deft     on _____  Doc.# _____
Taylor defers to the Court for ruling)
_____  on _____  Doc.# _____

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed        _____ Consented

            WILLIAM M. McCOOL, CLERK OF COURT

            *s/Mary Maloy*
LC (1 OR 2)        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 11th day of July, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b) _____*
_____
_____

            *s/L.A. Collier*
            ***LACEY A. COLLIER***
            ***Senior United States District Judge***

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.